570 A.2d 955
STATE OF NEW JERSEY v. SAADA SPIVEY.

October 10, 1989.

Petition for certification denied.

570 A.2d 955
STATE OF NEW JERSEY v. LINDA HAYES.

October 10, 1989.

Petition for certification denied.

570 A.2d 955
STATE OF NEW JERSEY v. RICHARD SCOTT WELDEN.

October 10, 1989.

Petition for certification denied.

570 A.2d 956
STATE OF NEW JERSEY v. CARLOS MOLINA.

October 10, 1989.

Petition for certification denied.

570 A.2d 956
STATE OF NEW JERSEY v. MANDELL JONES.

October 10, 1989.

Petition for certification denied.